Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

CASE NO: 13-70024-HDH-13

TOMMY CECIL JAMES
EVELENA EDITH JAMES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/13/2013                                              /s/ Walter O'Cheskey

                                                                _____
                                                                Walter O'Cheskey
                                                                Chapter 13 Trustee

TOMMY CECIL JAMES & EVELENA EDITH JAMES  377 RAY RD  WICHITA FALLS TX 76305
TEXOMA COMMUNITY CREDIT UNION  PO BOX 1320  WICHITA FALLS TX 76301
INTERNAL REVENUE SERVICE  PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101
MONTE J WHITE  ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
US ATTORNEY GENERAL  10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
UNITED STATES ATTORNEY  801 CHERRY STREET UNIT 4  FT WORTH TX 76102
WILLIAM T NEARY  UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
US ATTORNEY  ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
CLAY COUNTY APPRAISAL DISTRICT  PO BOX 108  HENRIETTA TX 76365
CASH & GO  5376 KELL BLVD  WICHITA FALLS TX 76310
PROCOLLECT INC  9550 FOREST LANE  DALLAS TX 75243
WESTERN SHAMROCK CORP  801 S ABE STREET  SAN ANGELO TX 76903
CHECK N GO OF TEXAS  4214 KEMP  WICHITA FALLS TX 76308
THE CASH STORE #718  3900 SHEPPARD ACCESS RD  WICHITA FALLS TX 76308
JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 7999  SAINT CLOUD MN 56302
CLAY COUNTY  2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
FIRST CASH FINANCIAL SERVICES INC  PO BOX 910  EULESS TX 76039
WESTERN SHAMROCK CORPORATION  ATTENTION BANKRUPTCY 801 S ABE ST SAN ANGELO TX 76903
COTTONWOOD FINANCIAL TEXAS LP  1901 GATEWAY DRIVE SUITE 200  IRVING TX 75038
ACE CASH EXPRESS  3624 JACKSBORO HWY  WICHITA FALLS TX 76302
JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 953185  ST LOUIS MO 63195
ADVANCE AMERICA  NCP FINANCE LIMITED PARTNERSHIP 100 EAST THIRD ST, 5TH FLR DAYTON OH 45402
AMERICAN INFOSOURCE LP  CHECK N GO PO BOX 248838 OKLAHOMA CITY OK 73124
CONTINENTAL CREDIT/MAVERICK FINANCE OF T  SFC CENTRAL BANK & REC DEPART PO BOX 1893 SPARTANBURG SC 29304
CASH MAX  3117 KEMP BLVD  WICHITA FALLS TX 76308
DSRM NATIONAL BK/DIAMOND SHAMROCK/VALE  PO BOX 631  AMARILLO TX 79105
CASHMAX  8140 WALNUT HILL LN  STE 603  DALLAS TX 75231
QUANTUM3 GROUP LLC  ACE CASH EXPRESS INC PO BOX 788 KIRKLAND WA 98083
SUN LOAN COMPANY  3146 5TH  WICHITA FALLS TX 76301
FINANCIAL CONTROL SVC  6801 SANGER AVE STE 195  WACO TX 76710
WEBBANK-FINGERHUT  6250 RIDGEWOOD ROAD  ST CLOUD MN 56303
NCP FINANCE LIMITED PARTNERSHIP  2005 SUGAR CAMP CIRCLE DEPT CNG  DAYTON OH 45409
CONTINENTAL CREDIT  2910 KEMP BLVD STE 107  WICHITA FALLS TX 76308
CONTINENTAL -AKA SECURITY FINANCE CORP  SFC CENTRAL BANK-CONTINENTAL LOANS PO BOX 1893 SPARTANSBURG SC 29304
MED BUSINESS BUREAU  1460 RENAISSANCE DR  PARK RIDGE IL 60068
LINEBARGER GOOGAN BLAIR & SAMPSON LLP  2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
SOUTHWESTERN BELL TELEPHONE COMPANY  C/O AT&T SERVC KAREN CAVAGNARO ONE AT&T WAY ROOM 3A  231 BEDMINSTER NJ 07921
METABANK/FINGERHUT  PO BOX 166  NEWARK NJ 07101
UNITED REGIONAL HEALTH CARE SYSTEMS  1600 11TH STREET  WICHITA FALLS TX 76301
OAK HARBOR CAPITAL VII  LLC  C/O WEINSTEIN AND RILEY  PS PO BOX 3978 SEATTLE WA 98124
OAK HARBOR CAPITAL VII LLC  C/O WEINSTEIN AND RILEY PS 2001 WESTERN AVENUE  SUITE 400 SEATTLE WA 98121
EZ MONEY LOAN SERVICES  2603 5TH ST STEB  WICHITA FALLS TX 76301
INTEGRITY TEXAS FUNDING LP  84 VILLA RD  GREENVILLE SC 29615
ADVANCE AMERICA  2710 CENTRAL FREEWAY NO 130  WICHITA FALLS TX 76306
EXXON MOBILE  ATTN: CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
NCO FINANCIAL SYSTEMS  ATTENTION: BANKRUPTCY 507 PRUDENTIAL RD HORSHAM PA 19044
ONEMAIN FINANCE  6801 COLWELL BLVD  IRVING TX 75039
WESTERN FINANCE  3100 SEYMOUR HWY STE 3114-3116  WICHITA FALLS TX 76301

ADVANCE AMERICA CASH ADVANCE  CO NCP FINANCE LIMITED PARTNERSHIP 205 SUGAR CAMP CIRCLE DEPT AEA DAYTON OH 45409
TEXAS LOAN CORP-CASH N GO  201 E ABRAM ST STE 120  ARLINGTON TX 76010
WISHBONE FINANCING LLC  PO BOX 1098  OKLAHOMA CITY OK 73101



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 8, 2013

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

TOMMY CECIL JAMES
EVELENA EDITH JAMES

CASE NO: 13-70024-HDH-13
HEARING DATE: 11/20/2013
HEARING TIME: 10:00 AM

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

   No Modification Needed

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee